UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ELIJAH RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>STUART SHERMAN, et al.,<br><br>Defendants. | Case No. 19-cv-00793-JD<br><br>**ORDER RE STAY**<br><br>Re: Dkt. No. 5 |

Petitioner Michael Elijah Rodriguez filed a petition for a writ of habeas corpus on February 13, 2019, asserting six claims regarding his sentence in state court. Dkt. No. 1. On March 19, 2019, Rodriguez moved to stay his petition in order to properly exhaust five of the six claims, which had not been presented in his first state habeas corpus petition. Dkt. No. 5. The State of California opposes the stay. Dkt. No. 14. A stay is granted to allow Rodriguez to exhaust the claims in his petition.

Rodriguez has satisfied the requirements of *Rhines v. Weber*, 544 U.S. 269, 278 (2005). He has shown good cause for his failure to exhaust, namely, ineffective assistance of state post-conviction counsel. Dkt. No. 5 at 3; *see also Blake v. Baker*, 745 F.3d 977, 983 (9th Cir. 2014) (ineffective assistance by post-conviction counsel can be good cause under *Rhines*). Rodriguez's unexhausted claims are potentially meritorious. *See Rhines*, 544 U.S. at 278. Rodriguez has also already begun litigating his unexhausted claims, and has periodically updated the Court regarding its status, Dkt. Nos. 12, 16, 17, showing that there is no indication of "intentionally dilatory litigation tactics." *Rhines*, 544 U.S. at 278.

Consequently, a stay is warranted. Rodriguez must advise the Court within 30 days of exhausting all the claims in his petition.

**IT IS SO ORDERED.**

Dated: January 16, 2020

JAMES DONATO
United States District Judge